CASS COUNTY SHERIFF'S DEPARTMENT

AFFIDAVIT OF SERVICE

| | |
|---|---|
| State of North Dakota | In District Court |
| | SHERIFF NUMBER: 25002064 |
| | COURT FILE #: 3:25-cv-59 |

DAVID A. LEKER

VS

FARGO PARK DISTRICT

STATE OF NORTH DAKOTA    SS.
COUNTY OF CASS

I, JESSE JAHNER, Sheriff of said Cass County, North Dakota, hereby certify and return that I received the: SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, NOTICE OF DIRECT ASSIGNMENT on 3/14/2025 at 10:28 AM and that within said Cass County.

I served a true and correct copy of each document listed above on: Defendant, VICKI DAWSON on 3/18/2025 at 4:19 PM, by delivering to VICKI DAWSON at 211 9 ST S FARGO, ND 58103 .

Dated  3/19/2025

JESSE JAHNER
Sheriff of Cass County, ND

By  GREG DAWKINS

| | |
|---|---|
| Admin Fee | $5.00 |
| Mileage | $10.50 |
| Service | $30.00 |
| Service | $30.00 |
| Service | $30.00 |
| Service | $30.00 |
| Service | $30.00 |
| Total | $165.50 |