UNITED STATES DISTRICT COURT, DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| David A. Leker,<br><br>                                    Plaintiff,<br><br>        v.<br><br>Fargo Park District,<br><br>                                    Defendant. | Civil No.: 3:25-cv-00059<br><br>**STIPULATION FOR ENTRY OF ORDER FOR PARTIAL DISMISSAL** |

**[¶1]**    It is hereby stipulated and agreed to by and between the parties, through their undersigned counsel, that Count Three of the Plaintiff's Complaint, for Intentional Infliction of Emotional Distress, shall be hereby dismissed with prejudice on its merits but without costs or disbursements to any party.

**[¶2]**    All remaining claims by the Plaintiff against the Defendant are hereby specifically reserved.

**[¶3]**    Either party may forthwith, and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of partial dismissal with prejudice as to the claim for Intentional Infliction of Emotional Distress be entered accordingly.

Dated this 10th day of June, 2026.

O'KEEFFE O'BRIEN LYSON LTD.

*Timothy M O'Keeffe*

TIMOTHY O'KEEFFE (ND ID #05636)
THEODORE W. RAMAGE (ND ID #10079)
720 Main Avenue
Fargo, ND 58103
Phone: (701) 235-8000
Fax: (701) 235-8023
tim@okeeffeattorneys.com
ted@okeeffeattorneys.com
***Attorneys for Plaintiff***

1

Dated this 15th day of June 2026.

Howard D. Swanson (ND Bar ID #04075)
Yusuf Abas (ND Bar ID #09828)
SWANSON & WARCUP, LTD.
1397 Library Circle, Suite 202
Grand Forks, ND  58201
Telephone: (701) 772-3407
*hswanson@swlawltd.com*
*yabas@swlawltd.com*
***Attorneys for Defendant***

2