## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

| | | |
|---|---|---|
| David A. Leker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **OF PARTIAL DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 3:25-cv-59 |
| Fargo Park District, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is a stipulation of partial dismissal filed on June 16, 2026.  See Doc. 18. The Court **ADOPTS** the stipulation (Doc. 18) and **ORDERS** Plaintiff's claim for intentional infliction of emotional distress, count three of the complaint, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees. Counts one and two remain.

**IT IS SO ORDERED**.

Dated this 16th day of June, 2026.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court